FILED
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>RUSSELL EDWARD WILLIAMS,<br><br>       Defendant. | Case No. 2:10-cr-435 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Russell Edward Williams</u>; Case <u>2:10-cr-435 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured bond in the amount of $50,000, co-signed by defendant's mother

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial conditions/supervision; U.S. Marshals to release the defendant to the custody of Pretrial Services on **11/3/2010 at 9:00 AM** to be transported to The Effort Treatment Facility.</u>

Issued at <u>Sacramento, CA</u> on <u>11/2/2010</u> at <u>11:55 a.m.</u>,

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge